**Order entered March 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01693-CV

**RXEDO CONSULTING SERVICES, LTD., A TEXAS LIMITED PARTNERSHIP,**
**Appellant**

**V.**

**AMERIPLAN CORPORATION, A TEXAS CORPORATION, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04146-2009**

## ORDER

By unopposed motion filed March 6, 2014, appellant informs us that the parties are engaged in settlement negotiations and requests the period for pursuing ADR be enlarged and the appeal be abated pending the negotiations. We **GRANT** the motion to the extent we **ABATE** the appeal for a period of forty-five days. The appeal will be reinstated April 28, 2014 or upon motion by the parties, whichever occurs sooner.

/s/  ELIZABETH LANG-MIERS
    JUSTICE